11090002
$939.59
6/16/10

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:

UNCLAIMED FUNDS

The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 939.59
CHECK # 15083 FOR $939.59
Representing unclaimed funds.

DATED: 6-15-2010

_____
ALBERT J. MOGAVERO
CHAPTER 13 TRUSTEE

FILED
JUN 1 6 2010
BANKRUPTCY COURT
BUFFALO, NY

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | Zip Code |
|---|---|---|---|---|---|---|---|---|
| 889738 | AWARSKI | 0415131 | 24.41 | ANNETTE M AWARSKI | 78 ALASKA ST. | | BUFFALO NY | 14206 |
| 889739 | BENNETT | 0415646 | 1.75 | JASON F BENNETT | 3520 WERLE ROAD | | DUNKIRK NY | 14048 |
| 889748 | MANNS | 0417590 | 20.28 | LEONARD & MICHELE MANNS | 99 CLAYTON STREET | | BUFFALO NY | 14207 |
| 889752 | GOODWORTH | 0418065 | 38.87 | DAVID GOODWORTH & LAURA EL | 3742 E. MAIN RD. #30 | | FREDONIA NY | 14063 |
| 889753 | RACZYNSKI | 0418701 | 8.81 | JOHN & JACQUELINE RACZYNSKI | 42 HOLLAND AVENUE | | LANCASTER NY | 14086 |
| 889762 | KASTELIC | 0510506 | 2.86 | MICHELLE R KASTELIC | 6308 FISHER ROAD | | OAKFIELD NY | 14125 |
| 889768 | FILIPPETTI | 0513621 | 20.41 | FRANK R FILIPPETTI | 94 JACKSON AVENUE | | LACKAWANNA NY | 14218 |
| 889798 | BROWN | 0603310 | 5.02 | ALICE A BROWN | 59 A STREET | | DEPEW NY | 14043 |
| 889800 | SILVIS | 0603541 | 5.00 | JAMES & DEBORAH SILVIS | 6301 JAVA LAKE ROAD | | ARCADE NY | 14009 |
| 889805 | MCINNIS | 0701483 | 22.18 | WILLIAM A MCINNIS | 4105 N. BAILEY AVE. | | EGGERTSVILLE NY | 14226 |
| 889811 | HARRIS | 0704244 | 5.00 | VAUGHN S HARRIS | 855 SUNNYSIDE DRIVE | | NIAGARA FALLS NY | 14304 |
| 889814 | POLLO | 0810142 | 5.00 | JESSE & ANGELA POLLO | 138 MCKINLEY PKWY | | BUFFALO NY | 14220 |
| 889817 | MCCLAIN, JR. | 0810494 | 5.00 | ERICSSON MCCLAIN, JR. & ANGE | 6071 STRAUSS ROAD #A | | LOCKPORT NY | 14094 |
| 889818 | BROWN | 0810519 | 5.00 | DENISE L BROWN | 1593 E. DELEVAN AVE. | | BUFFALO NY | 14215 |
| 889821 | PETTY | 0810999 | 5.00 | BERNICE A PETTY | 194 LEMON STREET | | CHEEKTOWAGA NY | 14215 |
| 889827 | SAIA | 0813102 | 760.00 | SAMUEL R SAIA | 54 HEATH STREET | | BUFFALO NY | 14214 |
| 889837 | GOLOMBEK | 0910728 | 5.00 | CHERYL A GOLOMBEK | 4966 WILLIAMS AVE. | | BEMUS POINT NY | 14712 |

$939.59

```
          0•      C
          0•      C
       24•41      +
        1•75      +
       20•28      +
       38•87      +
        8•81      +
        2•86      +
       20•41      +
        5•02      +
        5•00      +
       22•18      +
        5•00      +
        5•00      +
        5•00      +
        5•00      +
        5•00      +
      760•00      +
        5•00      +
      939•59      *

        0•00      *
```